UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERTRUDE KELLEY,

           Plaintiff,

-against-

WESTCHETER COUNTY FAMILY COURT ARCHIVES OF CHILD/SPOUSAL SUPPORT RE: CHARLES H. KELLEY (DECEASED DEFENDANT), et al.,

           Defendants.

23-CV-7519 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated November 20, 2023, the Court dismissed this action for lack of subject matter jurisdiction, with 30 days' leave to replead. On December 13, 2023, the Court received a letter from Plaintiff requesting an additional 30 days to file an amended complaint. (ECF 5.) The Court grants Plaintiff's request. Plaintiff's amended complaint is due by January 19, 2024.

SO ORDERED.

Dated:  December 18, 2023
          New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge