UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE KELLEY,<br><br>                    Plaintiff,<br><br>-against-<br><br>WESTCHESTER COUNTY FAMILY COURT ARCHIVES OF CHILD/SPOUSAL SUPPORT RE: CHARLES H. KELLEY (DECEASED DEFENDANT), et al.,<br><br>                    Defendants. | 23-CV-7519 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                       Chief United States District Judge